SAMUEL SHILLAK, Respondent, *v.* WILLIAM SALMON, Appellant.

*Shillak* v. *Salmon,* 125 App. Div. 931, affirmed.
(Submitted April 29, 1909; decided May 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a

new trial in an action to recover for an alleged breach of contract of sale.

*Benjamin G. Paskus* and *Sydney Bernheim* for appellant.

*Frederick Wiener* and *Otto Horwitz* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.